**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**SANTIAGO ADEL GUILLEN-FERNANDEZ**    **CASE NO.  1:26-CV-01556 SEC P**
**#A220-715-355**

**VERSUS**    **JUDGE ROBERT R. SUMMERHAYS**

**WARDEN WINN CORRECTIONAL**    **MAGISTRATE JUDGE WHITEHURST**
**CENTER, ET AL.**

## ORDER

Upon review of Petitioner's Emergency Motion for Immediate Release [ECF No.2],

IT IS HEREBY ORDERED that the Clerk of Court is to ADD the United States Attorney's

Office for the Western District of Louisiana to this case as an interested party.

IT IS FURTHER ORDERED that any opposition to Petitioner's Emergency Motion for

Immediate Release is DUE on or before May 28, 2026.

THUS DONE in Chambers on this 18th day of May, 2026.

        ROBERT R. SUMMERHAYS
        UNITED STATES DISTRICT JUDGE