**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**SANTIAGO ADEL GUILLEN-FERNANDEZ**          **CASE NO.  1:26-CV-01556 SEC P**
**#A220-715-355**

**VERSUS**                                                           **JUDGE ROBERT R. SUMMERHAYS**

**WARDEN WINN CORRECTIONAL CENTER**          **MAGISTRATE JUDGE CAROL B.**
**ET AL**                                                            **WHITEHURST**

### MEMORANDUM ORDER

Before the court is a petition for writ of habeas corpus filed on May 12, 2026.  Upon review of the

record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

> Plaintiff has failed to submit the petition for writ of habeas corpus on approved
> forms.  NOTE: PLEADINGS MUST BE ORIGINALS AND NOT COPIES OF
> PLEADINGS.  **Plaintiff must submit the petition for writ of habeas corpus on
> approved forms that are legibly handwritten or typewritten.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend

the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300**

**Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN
THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this 26th day of May, 2026.

Carol B. Whitehurst
United States Magistrate Judge

w/Enclosures to plaintiff: Habeas form-2241