**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **SANTIAGO ADEL GUILLEN-FERNANDEZ #A220-715-355** | **CIVIL ACTION NO.  1:26-CV-01556 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **WARDEN WINN CORRECTIONAL CENTER ET AL** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## MEMORANDUM ORDER

Before the Court is a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No.10) filed by *pro se* Petitioner Santiago Adel Guillen-Fernandez ("Guillen-Fernandez"), an immigration detainee at the Winn Correctional Center  in Winnfield, Louisiana.

To determine whether Guillen-Fernandez is entitled to relief, and in accordance with the Rules Governing Section 2254 Cases and Standing Order 1.74, THE CLERK IS DIRECTED to serve a copy of the Petition (ECF No. 10) and a copy of this Order on:

- the United States, the United States Attorney General, and DHS/ICE, through the United States Attorney for the Western District of Louisiana at its designated email address for service; and

- the Warden where Petitioner is detained, by first-class mail.

IT IS ORDERED that a response to the Petition be filed within 28 **days** after electronic service of the Petition and this Order, with supporting summary judgment evidence.

IT IS FURTHER ORDERED that Petitioner shall have 14 **days** to reply.

1

After the record is complete and delays have run, the Court will determine if an evidentiary hearing is necessary. If not, a Report and Recommendation will be issued without further notice.

Signed at Lafayette, Louisiana on this 28th day of July, 2026.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE